UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TWANA ADAMS, OLGA BATYREVA, MING BELL, DAVID BERKOWITZ, JONATHAN BERLYNE, ANTHONY CAMINITI, JAIME CASTRO, GLORIA CHAVEZ, JOSEPHINA CRUZ, JAMES CULLEN, DIANE DANIELS, MICHAEL EBEWO, LOUISA GANIS, ROSELYNE GISORS, JOANN HART, LISA HAYES, MICHAEL HOLLANDER, ELEANOR JOHNSON, RAFAL KOWAL, JANE LEVINE, HAZEL MARTINEZ, MICHAEL McLOUGHLIN, RAYMOND NUNGE, ALENA RADKE-GABRIEL, THOMASINA ROBINSON, DENISE RUSSO, PAUL SANTUCCI, JENNIFER SAUNDERS, JACQUELINE SAWYER, ALEX SCHREIBER, ALAN SCHLESINGER, BARBARA SEGALL, LINDA SEIFFERT, DANIEL SMITH, GILDA TEEL, EUSTOQIO TORRES-NOGUERAS, JACQUELINE WADE, MICHAEL WESTBAY, GEORGE ZANETIS, and MAURICIO ZAPATA,

**Docket No. 08-CV-5996(UA)**

**NOTICE OF APPEARANCE**

Plaintiffs,

- against -

NEW YORK STATE EDUCATION DEPARTMENT, a Division/Organ of the State of New York; RICHARD MILLS, Commissioner of Education; TEACHER TENURE HEARING UNIT; MARYANN FAIRMAN, Supervisor; DEBORAH A. MARRIOTT, Manager; DOUGLASS BANTLE; STUART BAUCHNER; ALAN BERG; MARY CRANGLE; HOWARD EDELMAN; DEBORAH M. GAINES; ELEANOR GLANSTEIN; JOSHUA JAVITZ; ERIC LAWSON; ANDREE McKISSICK; RANDI LOWITT; EARL PFEFFER; ARTHUR RIEGEL; MARTIN SCHEINMAN; JACK TILLEM; BONNIE SIBER-WEINSTOCK; and PAUL ZONDERMAN,

Defendants.

---

S I R S:

**PLEASE TAKE NOTICE**, that GARBARINI & SCHER, P.C. hereby enters its appearance on behalf of defendants DOUGLAS BANTLE s/h/a DOUGLASS BANTLE; STUART BAUCHNER; DEBORAH M. GAINES; ELEANOR GLANDSTEIN s/h/a ELEANOR GLANSTEIN; JOSHUA JAVITS s/h/a JOSHUA JAVITZ; RANDI LOWITT; EARL PFEFFER;

F:\CASES\17056\Notice of Appearance (Federal).wpd

ARTHUR RIEGEL; MARTIN SCHEINMAN; JACK TILLEM; BONNIE SIBER-WEINSTOCK; and PAUL ZONDERMAN.  All further communications and pleadings should be directed to the attention of the undersigned.

Dated: New York, New York
       July 7, 2008

                                        Yours, etc.,

                                        GARBARINI & SCHER, P.C.

                              By:    _____
                                        Gregg D. Weinstock (GW-8078)
                                        Attorneys for Defendants
                                        *Douglas Bantle s/h/a Douglass Bantle; Stuart Bauchner; Deborah M. Gaines; Eleanor Glandstein s/h/a Eleanor Glanstein; Joshua Javits s/h/a Joshua Javitz; Randi Lowitt; Earl Pfeffer; Arthur Riegel; Martin Scheinman; Jack Tillem; Bonnie Siber-Weinstock; and Paul Zonderman*
                                        432 Park Avenue South, 9th Floor
                                        New York, New York 10016-8013
                                        (212) 689-1113

TO:    EDWARD D. FAGAN, ESQ.
       Attorney for Plaintiffs
       5 Penn Plaza, 23rd Floor
       New York, New York 10001
       (646) 378-2225

       NEW YORK STATE ATTORNEY GENERAL
       120 Broadway
       New York, New York 10271

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

MAUREEN GRIFFIN, being duly sworn, deposes and says, that the deponent is not a party of the action and is over 18 years of age.

That on the 7th day of July, 2008, the undersigned served the within **NOTICE OF APPEARANCE** dated July 7, 2008 upon the attorneys named below by depositing a true copy of the same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York, and directed to the said attorneys at the address indicated below, such address being the address designated by said attorneys for that purpose.

EDWARD D. FAGAN, ESQ.
Attorney for Plaintiffs
5 Penn Plaza, 23rd Floor
New York, New York 10001
(646) 378-2225

NEW YORK STATE ATTORNEY GENERAL
120 Broadway
New York, New York 10271

**[NO OTHER APPEARANCES]**

_____
MAUREEN GRIFFIN

Sworn to before me this
7th day of July, 2008

_____
Tara M. Stein
Notary Public, State of New York
No. 01ST6061929
Qualified in Kings County
Commission Expires July 23, 2009