UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
Twana Adams et al                    :        Civil Action # 08-cv-5996
             Plaintiffs        :
   vs.                                       :
                                     :
New York State Education Department  :
et al                                :
             Defendants       :
-----------------------------------------------------X

## AFFIRMATION OF PERSONAL SERVICE UPON
## DEFENDANTS BAUCHNER, GAINES & GLANSTEIN

Edward D. Fagan, hereby declares and says:

1. I am Plaintiffs' counsel in the above referenced matter.

2. I certify the below listed were personally served in the following manner:

   a. Stuart Bauchner (who was/is known to me personally) was personally served at 49-51 Chambers Street, NYC between 1:30 – 1:45 pm on July 7, 2008;

   b. Service of the Summons & Complaint was made upon Defendants Glanstein and Gaines to persons whom I informed I was there to serve legal papers and who informed me they were authorized to accept and receive the papers:

      i. Eleanor Glanstein was not physically present at 2:10 pm on July 7, 2008 at her place of business located at 305 Madison Avenue, Suite 2240 but receipt acknowledged by Ruth Hackel (See Exhibit 1 & 2); and

      ii. Deborah M. Gaines was not physically present at 2:50 pm on July 7, 2008 at her place of business located at 35 West 92nd Street, Suite 6-B, New York, NY and receipt of the Summons and Complaint acknowledged by J. Morales, Doorman (See Exhibit 1 & 3).

3. The foregoing statements by me are true and accurate to the best of my knowledge, information and belief.

Dated:  July 8, 2008

                                                    Edward D. Fagan

## **CERTIFICATION OF SERVICE**

I hereby certify that the foregoing Affirmation of Service has been filed and served electronically with the Clerk of the Court and all counsel of record

A courtesy electronic copy has also been served on Defendants at the listed fax numbers and/or email addresses.

Dated:   July 8, 2008

_____
Edward D. Fagan

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X   CIVIL ACTION #

Twana Adams, Olga Batyreva, Ming Bell, David Berkowtiz   :   08-cv-5996 (UA)

Jonathan Berlyne, Anthony Caminiti, Jaime Castro, Gloria Chavez:

Josephina Cruz, James Cullen, Diane Daniels, Michael Ebewo,   :

Louisa Ganis, Roselyne Gisors, Joann Hart, Lisa Hayes,   :

Michael Hollander, Eleanor Johnson, Rafal Kowal, Jane Levine,   :

Hazel Martinez, Michael McLoughlin, Raymond Nunge,   :

Alena Radke-Gabriel, Thomasina Robinson, Denise Russo,   :

Paul Santucci, Jennifer Saunders, Jacqueline Sawyer,   :

Alex Schreiber, Alan Schlesinger, Barbara Segall,   :

Linda Seiffert, Daniel Smith, Gilda Teel,   :

Eustoqio Torres-Nogueras, Jacqueline Wade, Michael Westbay,   :

George Zanetis and Mauricio Zapata,   :

                                      Plaintiffs   :

    v.   :

New York State Education Department,   :   **SUMMONS**

    A division / organ of the State of New York,   :   (conformed copy)

Richard Mills, Commissioner of Education,   :   *Deborah M. Gaines Esq.*

Teacher Tenure Hearing Unit, Maryann Fairman, Supervisor;   :   *Received by*

Deborah A. Marriott, Manager; Douglass Bantle, Stuart Bauchner, :

Alan Berg, Mary Crangle, Howard Edelman, Deborah M. Gaines,   :   *J. Morales*

Eleanor Glanstein, Joshua Javitz, Eric Lawson, Andree McKissick,:   *Doorman*

Randi Lowitt, Earl Pfeffer, Arthur Riegel, Martin Scheinman,   :   *July 7, 2008*

Jack Tillem, Bonnie Silber-Weinstock and Paul Zonderman   :   *1:50 pm*

                                      Defendants   :

------------------------------------------------------------------- X

*(handwritten annotation: Received by Ruth [teacher] 7/7/08 2:10 P.M.)*

1

**Exhibit 1**

**Welcome**

**Attorney Search**

**Resources**

**Attorney Registration**

**E-Courts**

**Contact Us**

# COURTS

## *Attorney Detail*
### as of 07/08/2008

| | |
|---|---|
| Registration Number: | 1127638 |
| | ELEANOR ELOVICH GLANSTEIN |
| | ELEANOR GLANSTEIN ESQ |
| | 305 MADISON AVE RM 2240 |
| | NEW YORK, NY 10165-2230 |
| | United States |
| | (212) 370-5106 |
| Year Admitted in NY: | 1976 |
| Appellate Division Department of Admission: | 2 |
| Law School: | HOFSTRA |
| Registration Status: | Currently registered |
| Next Registration: | Feb 2010 |

The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the **Appellate Divisions** of the Supreme Court in New York is available at www.nycourts.gov/courts.

If the name of the attorney you are searching for does not appear, please try again with a different spelling. In addition, please be advised that attorneys listed in this database are listed by the name that corresponds to their name in the Appellate Division Admissions file. There are attorneys who currently use a name that differs from the name under which they were admitted. If you need additional information, please contact the NYS Office of Court Administration, Attorney Registration Unit at 212-428-2800.

COURTS

LITIGANTS

ATTORNEYS

JURORS

JUDGES

CAREERS

SEARCH

www.NYCOURTS.gov

*Exhibit 2*



**Welcome**

**Attorney Search**

**Resources**

**Attorney Registration**

**E-Courts**

**Contact Us**

## Attorney Detail
### as of 05/15/2008

| | |
|---|---|
| Registration Number: | 2538783 |

DEBORAH MARCY GAINES
NYC MAYORS OFFICE LABOR RELATIONS
35 W 92ND ST STE 9B
NEW YORK, NY 10025-7639
United States
(212) 666-7292

| | |
|---|---|
| Year Admitted in NY: | 1993 |
| Appellate Division Department of Admission: | 2 |
| Law School: | HOFSTRA UNIVERSITY |
| Registration Status: | Currently registered |
| Next Registration: | May 2009 |

COURTS

LITIGANTS

ATTORNEYS

JURORS

JUDGES

CAREERS

SEARCH

The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the **Appellate Divisions** of the Supreme Court in New York is available at www.nycourts.gov/courts.

If the name of the attorney you are searching for does not appear, please try again with a different spelling. In addition, please be advised that attorneys listed in this database are listed by the name that corresponds to their name in the Appellate Division Admissions file. There are attorneys who currently use a name that differs from the name under which they were admitted. If you need additional information, please contact the NYS Office of Court Administration, Attorney Registration Unit at 212-428-2800.

www.NYCOURTS.gov

Exhibit 3