# GARBARINI & SCHER, P.C.

### ATTORNEYS AT LAW

### 432 PARK AVENUE SOUTH

### NEW YORK, N.Y. 10016-8013

(212) 689-1113

MYRNA A. LEVINSON
GEORGE J. KEHAYAS
WILLIAM G. SCHER *°□◊
KURT LEE WEINMANN *
PAUL M. PALEY □
GREGG D. WEINSTOCK *◊□
YUVAL D. BAR-KOKHBA
CHRISTINE FERNANDEZ CORDOVA
BARRY M. RUDERMAN
BARRY ROTHMAN ‡
THOMAS M. COOPER
BILL GIANARIS
SCOTT M. DORESON
ANDREW LONGO◊
PAMELA D. FIELD*□
DAVID H. ALLWEISS*
RITA F. ARONOV*
NIKOLAOS E. DIAMANTIS
ASHER I. LABENDZ*
LAUREN E. GEHRIG

WILLIAM D. BUCKLEY**
APPELLATE COUNSEL

ALSO ADMITTED IN
    * NEW JERSEY
    ° CONNECTICUT
    ‡ WASHINGTON, D.C.
    □ FLORIDA
    ◊ NORTH DAKOTA
    + MICHIGAN

FACSIMILE
(212) 725-9630

E-MAIL ADDRESS
legal@garbarini-scher.com

LONG ISLAND OFFICE
170 OLD COUNTRY ROAD, SUITE 600
MINEOLA, N.Y. 11501-4307
(516) 248-3012

WESTCHESTER OFFICE
202 MAMARONECK AVENUE, SUITE 500
WHITE PLAINS, N.Y. 10601-5312
(914) 949-7100

NEW JERSEY OFFICE
COURT PLAZA NORTH
25 MAIN STREET, 6TH FLOOR
HACKENSACK, N.J. 07601-7025
(201) 343-2002

CONNECTICUT OFFICE
66 FIELD POINT ROAD
GREENWICH, CT 06830-6473
(203) 256-8932

CHAS. J. GARBARINI (1962-2001)

EMERITUS
STANLEY J. SCHER
LEONARD WEINSTOCK

July 22, 2008

Honorable Gerard E. Lynch
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Twana Adams, et al. v. New York State Education Department, et al.*
        Docket No. 08-CV-5996(UA)
        Our File No. 17056

Dear Judge Lynch:

Our firm represents the following defendants in this action: Douglas Bantle s/h/a Douglass Bantle; Stuart Bauchner; Alan Berg; Mary Crangle; Howard Edelman; Deborah M. Gaines; Eleanor Glandstein s/h/a Eleanor Glanstein; Joshua Javits s/h/a Joshua Javitz; Eric Lawson; Andrée McKissick s/h/a Andree McKissick; Randi Lowitt; Earl Pfeffer; Arthur Riegel; Martin Scheinman; Jack Tillem; Bonnie Siber-Weinstock; and Paul Zonderman. We have notified the United States Marshal's Service, the Clerk of the Court, and counsel for the other parties that we have waived service on behalf of all of our clients. Additionally, we have filed a Pre-Answer Motion to Dismiss the Complaint. Pursuant to the Court's individual practices, we will send courtesy copies to your attention when the Reply is served.

We respectfully request that oral argument be scheduled on our Motion to Dismiss. It is our position that discovery is not necessary for the disposition of this motion, but if the Court is inclined to direct that discovery proceed during the pendency of the motion, then we respectfully request that a conference be scheduled in order to discuss the matter.

Thank you for your attention to this case.

F:\CASES\17056\Lynch 1.wpd

**Honorable Gerard E. Lynch**
July 22, 2008
Page 2

Very truly yours,

Gregg D. Weinstock

GDW/mg

cc:    Edward D. Fagan, Esq.
       5 Penn Plaza, 23rd Floor
       New York, NY 10001

       New York State Attorney General
       120 Broadway
       New York, NY 10271

       Honorable Andrew Peck
       Magistrate Judge
       United States District Court
       Southern District of New York
       500 Pearl Street
       New York, NY 10007

F:\CASES\17056\Lynch 1.wpd