UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TWANA ADAMS, et al.,

        Plaintiffs,

  -against-

NEW YORK STATE EDUCATION
DEPARTMENT, et al.,

        Defendants.

------------------------------------------------------------x

08 Civ. 5996 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The parties having appeared before the Court for a conference on July 29, 2008, it is hereby ORDERED that:

1. All defendants in the above-captioned action and the City of New York (the "City"), as proposed intervenor, shall have until August 15, 2008, to file their respective motions to dismiss the complaint.

2. Plaintiffs shall have until September 5, 2008, to oppose defendants' motions, and plaintiffs may respond to all motions in one opposition brief.

3. Defendants and the City shall have until September 18, 2008, to reply to plaintiffs' opposition.

4. If plaintiffs make a motion for preliminary injunction at the time they file their opposition brief, defendants' and the City will respond to any such motion by September 19, 2008, and plaintiffs' will file any reply papers in support of their preliminary injunction motion by September 25, 2008.

SO ORDERED.

Dated: New York, New York
       August 1, 2008

                                                          GERARD E. LYNCH
                                                         United States District Judge