UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

TWANA ADAMS, OLGA BATYREVA, MING BELL, DAVID BERKOWITZ, JONATHAN BERLYNE, ANTHONY CAMINITI, JAIME CASTRO, GLORIA CHAVEZ, JOSEPHINA CRUZ, JAMES CULLEN, DIANE DANIELS, MICHAEL EBEWO, LOUISA GANIS, ROSELYNE GISORS, JOANN HART, LISA HAYES, MICHAEL HOLLANDER, ELEANOR JOHNSON, RAFAL KOWAL, JANE LEVINE, HAZEL MARTINEZ, MICHAEL McLOUGHLIN, RAYMOND NUNGE, ALENA RADKE-GABRIEL, THOMASINA ROBINSON, DENISE RUSSO, PAUL SANTUCCI, JENNIFER SAUNDERS, JACQUELINE SAWYER, ALEX SCHREIBER, ALAN SCHLESINGER, BARBARA SEGALL, LINDA SEIFFERT, DANIEL SMITH, GILDA TEEL, EUSTOQIO TORRES-NOGUERAS, JACQUELINE WADE, MICHAEL WESTBAY, GEORGE ZANETIS and MAURICIO ZAPATA,

            Plaintiffs,

- against -

NEW YORK STATE EDUCATION DEPARTMENT, a Division/Organ of the State of New York; RICHARD MILLS, Commissioner of Education; TEACHER TENURE HEARING UNIT; MARYANN FAIRMAN, Supervisor; DEBORAH A. MARRIOTT, Manager; DOUGLASS BANTLE; STUART BAUCHNER; ALAN BERG; MARY CRANGLE; HOWARD EDELMAN; DEBORAH M. GAINES; ELEANOR GLANSTEIN; JOSHUA JAVITZ; ERIC LAWSON; ANDREE McKISSICK; RANDI LOWITT; EARL PFEFFER; ARTHUR RIEGEL; MARTIN SCHEINMAN; JACK TILLEM; BONNIE SILBER-WEINSTOCK; and PAUL ZONDERMAN;

            Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08 Civ. 5996 (GEL) (AJP)

**PLEASE TAKE NOTICE** that the Attorney General of the State of New York, by the undersigned, hereby appears as the attorney of record for Defendants New York State Education

Department, Richard Mills, Maryann Fairman and Deborah Marriott, and that from this day forward, a copy of all notices and other papers herein are to be served upon the undersigned at the address shown below.

Dated: New York, New York
August 15, 2008

ANDREW M. CUOMO
Attorney General of the State of New York
*Attorney for Defendants New York State Education Department, Richard Mills, Maryann Fairman and Deborah Marriott*

BY:

/s/

Karen Dahlberg
Assistant Attorney General
120 Broadway - 24th Floor
New York, New York 10271
(212) 416-8357

TO:

Edward D. Fagan (Via ECF)
*Attorney for Plaintiffs*
5 Penn Plaza, 23rd Floor
New York, NY 10005

Gregg D. Weinstock (Via ECF)
*Attorney for Co-Defendants (Arbitrators)*
Garbarini & Scher, P.C.
432 Park Avenue South
New York, NY 10016-8013

Blanche Greenfield (Via ECF)
*Attorney for Proposed Intervenor (New York City Department of Education)*
New York City Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007-2601