UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TWANA ADAMS, et al.,                              :        **NOTICE OF**
                                                               :        **STATE DEFENDANTS'**
                            Plaintiffs,    :        **MOTION TO DISMISS**
                                                               :
             -against-                              :        08 Civ. 5996
                                                               :        (GEL) (AJP)
NEW YORK STATE EDUCATION        :
DEPARTMENT, et al.,                              :
                                                               :
                            Defendants.  :
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon all prior pleadings and papers filed herein, the accompanying Declaration of Karen Dahlberg, dated August 15, 2008, and the exhibits annexed thereto, and the accompanying Memorandum of Law in Support of State Defendants' Motion to Dismiss, dated August 15, 2008, the undersigned, on behalf of defendants New York State Education Department, Richard Mills, Maryann Fairman and Deborah Marriott (collectively, "State Defendants"), will move this Court before the Honorable Gerard E. Lynch, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order dismissing the Complaint pursuant to Rules 8(a)(2), 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for insufficient pleading, lack of standing, lack of subject matter jurisdiction, and failure to state a claim upon which relief can be granted.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the briefing schedule set by the Court, opposition papers, if any, must be served on the undersigned on or before September 5, 2008, and reply papers, if any, must be served by State Defendants on or before September 18, 2008.

Dated: New York, New York
      August 15, 2008

           ANDREW M. CUOMO
           Attorney General of the State of New York
           <u>Attorney for State Defendants</u>
           By:

              /s/
           _____
           Karen Dahlberg
           Assistant Attorney General
           120 Broadway - 24th Floor
           New York, New York 10271
           (212) 416-8357

TO:    Edward D. Fagan (Via ECF)
       <u>Attorney for Plaintiffs</u>
       5 Penn Plaza, 23rd Floor
       New York, NY 10005

       Gregg D. Weinstock (Via ECF)
       <u>Attorney for the Arbitrator Co-Defendants</u>
       Garbarini & Scher, P.C.
       432 Park Avenue South
       New York, NY 10016-8013

       Blanche J. Greenfield (Via ECF)
       <u>Attorney for Proposed Intervenor New York City Department of Education</u>
       New York City Law Department
       Office of the Corporation Counsel
       100 Church Street
       New York, NY 10007-2601