UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------    X

Twana Adams, et al.,

                               Plaintiffs,

                -against-

New York State Education Department, et. al,

                              Defendants

------------------------------------------------------------------------    x

                         **NOTICE OF MOTION**

                         08 Cv. 5996 (GEL) (AJP)

      **PLEASE TAKE NOTICE** that upon the declaration of Assistant Corporation Counsel Blanche Greenfield dated August 14, 2008 and the exhibits annexed thereto, the Department of Education's Memorandum of Law, dated August 14, 2008, and all other pleadings and proceedings herein, the Department of Education will move this Court at the United States Courthouse, for the Southern District Court of New York, located at 500 Pearl Street,  New York, NY 10007, at a date and time to be determined by the Court, for an order pursuant to Rule 24 (a)(2), or in the alternative, Rule 24 (b)(1)(B) of the Federal Rules of Civil Procedure to intervene in this action as a defendant with respect to plaintiffs' fourteenth amendment due process claim,  and upon the grant of intervention, for an order pursuant to Rule 12 (b)( 6) of the Federal Rules of Civil Procedure dismissing plaintiffs' fourteenth amendment due process claim and granting such other relief as to this Court deems proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the schedule set by the

Court, opposing papers, if any, must be served on the undersigned by September 5, 2008 and the

Department of Education's reply papers, if any,  must be served by September 18, 2008.

Dated:      New York, New York
          August 14, 2008

              MICHAEL A. CARDOZO
              Corporation Counsel of the
               City of New York
              Attorney for proposed Intervenor Department of
              Education
              100 Church Street, Room 2-142
              New York, New York 10007
              (212) 788-0872

              By:       /S/
                    Blanche Greenfield
                    Assistant Corporation Counsel
                    bgreenfi@law.nyc.gov

TO:    Edward Fagan .
        Attorney for Plaintiffs

        Gregg Weinstock
        Attorney for Arbitrator defendants

        Karen  Dahlberg
        Attorney for SED defendants
        By ecf