UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------ X | CIVIL ACTION # | |
| Twana Adams, et al, : | 08-cv-5996 (GEL) | |
| : | | |
| Plaintiffs : | | |
| v. : | | |
| New York State Education Department, : | | |
| et al : | | |
| Defendants : | | |
| ------------------------------------------------------ X | | |

================================================================

**MOTION FOR EXTENSION OF TIME**

================================================================

**PLEASE TAKE NOTICE** that the above referenced will move this Honorable Court, as soon as counsel can be heard, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, Courtroom 6-B, before the Honorable Gerard E. Lynch USDJ, for a two week extension of time to respond to Defendants Motions and to file Plaintiffs' Cross Motion

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiffs shall rely upon the attached Declaration of Edward D. Fagan.

**PLEASE TAKE FURTHER NOTICE** that opposition, if any, should be filed in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District.

1

Dated: September 5, 2008          /s/ Edward D. Fagan (electronically signed)

New York, NY          Edward D. Fagan Esq.

5 Penn Plaza, 23rd Floor

New York, NY 10001

Tel. (646) 378-2225

Plaintiffs' Counsel

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that the foregoing

## MOTION FOR EXTENTION OF TIME

along with supporting Affidavits are being electronically filed with the Clerk of the Court.

Hard copies of the papers is being delivered to the Hon. Gerard E. Lynch USDJ.

In addition, courtesy copies of the papers will be electronically transmitted and/or mailed to each of the counsel of record and pro se parties.

Dated: September 5, 2008     /s/ Edward D. Fagan (electronically signed)
  New York, NY        Edward D. Fagan, Esq