```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TWANA ADAMS, et al.,                 :

                 Plaintiffs,         :     08 Civ. 5996 (VM) (AJP)

        -against-                    :     **ORDER**

NEW YORK STATE EDUCATION             :
DEPARTMENT, et al.,
                                     :
                 Defendants.
                                     :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 2/18/09

**ANDREW J. PECK, United States Magistrate Judge:**

By Report and Recommendation dated February 9, 2009, I recommended that the Court dismiss the claims of two plaintiffs, Olga Batyreva and Alena Radtke-Gabriel, with prejudice. Today, I received a fax from Ms. Radtke-Gabriel voluntarily dismissing her case without prejudice (see attached letter). Accordingly, on consent, the Court dismisses Ms. Radtke-Gabriel's claims without prejudice.

My February 9, 2009 Report and Recommendation to dismiss plaintiff Olga Batyreva's claims with prejudice remains.

SO ORDERED.

Dated:      New York, New York
            February 10, 2009

                                            _____
                                            Andrew J. Peck
                                            United States Magistrate Judge

Copies to:  All Pro Se Plaintiffs (via Email)
            Blanche Greenfield, Esq. (Fax)
            Karen Anne Dahlberg, Esq. (Fax)
            Judge Victor Marrero

C:\OPIN\

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
Twana Adams et al,                    :    Civil Action #
                    Plaintiffs        :    08-cv-5996 (VM)(AJP)
v.                                    :
                                      :
New York State Education Department et al,  :
                                      :
                    Defendants.       :
---------------------------------------------------------- X

**Voluntary Dismissal Without Prejudice, pursuant to FRCP 41 (a) (1) (A) (i), of Alena Radke Gabriel of the Allegations in the October 2008 Amended Complaint**

I hereby voluntarily dismiss the claims in the October 2008 Amended Complaint in accordance with the terms of FRCP 41 (a)(1)(A)(i), and without prejudice, as against all Defendants, none of whom/which have filed answers and/or Motions for Summary Judgment.

Dated: February 18, 2009

/s/ *Alena Radtke-Gabriel*

Print Name: Alena Radtke-Gabriel
Address: 49 Hollowbrook Ln.
City/State: Cortlandt Manor, NY 10567
Tel #: (646) 851-7729
Email: childtdy@aol.com

1