

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/4/10

RECEIVED
NOV 02 2010
CHAMBERS OF
ANDREW J. PECK

Joy Hochstadt, P.C.
Attorney at Law
300 Central Park West
Suite 2E
New York, NY 10024

November 2, 2010

By Fax: 212-805-7933
The Honorable Andrew J. Peck, USMJ
United States District Court
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
New York, New York 10007

                     Re: Adams et al v. NY State et al 08-CV-5996 (VM) (AJP)
                     Request of extension of papers due on sanctions

Dear Judge Peck:

      I began my letter to Your Honor the moment that the e-mail "bounce" arrived denying me any extension while granting Mr. Penkovsky a very brief one. I worked very diligently and faxed the letter when I completed it. Perhaps my problems are exacerbated because I am a slow typist. The only break I took during that time is when my dog cried in pain to be taken out to relieve himself.

      My ethics counsel Rick Supple says I should not be sanctioned for a complaint that I had no part in writing. I was totally involved at the time preparing my first petition for a writ of certiorari to the U.S. Supreme Court. Mr. Supple and I did not discuss it further as yet about how to approach the precedents and defense on that point of law. I shall call him after I fax this letter so that it does not arrive at 8 PM.

      To be candid I was shocked when I later reviewed what Penkovsky had affixed my name to, with implied, but not explicit authorization. I attach the type of complaints I would have prepared; the first is the one I prepared for myself and was settled without any dispositive motions and I also attach one that I prepared only last week for a client. I implore you to reconsider Your Honor's decision to default me

**MEMO ENDORSED** 11/4/10    Respectfully submitted,

Reconsideration DENIED. Moreover, this was for a reply brief re amount of fees sought by ∆s. You already filed a "me too" opening brief, and this letter in fact is an admission of guilt.

Joy Hochstadt

**BY ECF**

cc: The Honorable Victor Marrero, USDJ
     Nicholas Penkovsky, Esq.
     Blanche Greenfield, Esq.
     Antoinette Blanchette, Esq.

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge
by ECF. Hon. copy Marrero

Principal: Joy Hochstadt, PhD., JD, Dipl. Amer. Bd. Clin. Chem.,    Telephone 212 580 9930    Facsimile: 212 580 9322
Admitted: Federal & State Bars of NJ & NY, 2nd Circuit & U.S. Supreme Court    e-mail joy.hochstadt.pc@gmail.com

# ECF TRANSCRIPTION SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

Dated:  November 4, 2010                              Total Number of Pages:  2

## TRANSCRIPTION OF MEMO ENDORSED ORDER

Reconsideration DENIED. Moreover, this was for a **Reply** Brief re amount of fees sougt by defendants. You already filed a "me too" opening brief. And this letter in fact is an admission of guilt.

Copies **by ECF** to:      All Counsel
                           Judge Victor Marrero