```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TWANA ADAMS, et al.,

                Plaintiffs,                    08 CIVIL 5996 (VM)

      -against-                        **JUDGMENT**

NEW YORK STATE EDUCATION
DEPARTMENT, et al.,
                Defendants.
-----------------------------------------------------------X

        Whereas on August 23, 2010, the Honorable Andrew J. Peck, United States Magistrate Judge, having issued a Report and Recommendation (the "report") recommending that the motions of DOE and NYSED to dismiss plaintiffs' Fourth Amended Complaint, and that the Court deny leave to replead, and directed plaintiffs to show cause why sanctions against them or their counsel under Fed. R. Civ. P. 11 should not be imposed, and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on November 18, 2010, having rendered its Decision and Order adopting the report, granting the motions of defendants New York State Education Department, Richard P. Mills, David Steiner and Deborah Marriott, and of defendants New York City Department of Education, Michael Bloomberg, and Joel Klein, to dismiss the Fourth Amended Complaint of plaintiffs Twana Adams, Josephina Cruz, Michael Ebewo, Joanne Hart, Julianne Polito, Thomasina Robinson, and Brandi Schemer without leave to replead, denying Plaintiff s' objections to the Report, and directing the Clerk of Court to dismiss Plaintiffs' Fourth Amended Complaint with prejudice, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated November 18, 2010, the report is adopted; the motions of

defendants New York State Education Department, Richard P. Mills, David Steiner and Deborah Marriott, and of defendants New York City Department of Education, Michael Bloomberg, and Joel Klein, to dismiss the Fourth Amended Complaint of plaintiffs Twana Adams, Josephina Cruz, Michael Ebewo, Joanne Hart, Julianne Polito, Thomasina Robinson, and Brandi Schemer without leave to replead are granted; Plaintiff s' objections to the Report are denied; and Plaintiffs' Fourth Amended Complaint is dismissed with prejudice.

**Dated:** New York, New York
November 29, 2010

**RUBY J. KRAJICK**

**BY:** _____
**Clerk of Court**
_____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____