LAW OFFICES OF NICHOLAS A. PENKOVSKY, P.C.
314 WEST 231ST STREET, SUITE 436
RIVERDALE, NY 10463
TELEPHONE: 212-216-9708
FACSIMILE: 347-603-7676

ORIGINAL

December 17, 2010

**By Facsimile**
Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-17-10

Re:   *Adams, et al. v. New York State Department of Education, et al.*,
      Case No. 08 Cv. 5996 (VM)(AJP)

Dear Judge Marrero:

I request an extension of time until January 13, 2011 to file Objections to Magistrate Peck's Report and Recommendation to impose Rule 11 sanctions. The current date to file Objections is December 23, 2010. In light of the important issues at stake I need the extension of time to consult with legal counsel as to my rights. There has been no prior request for an extension of time.

Should Your Honor grant this application, I request that the appropriate order be made. Thank you for your attention to my request.

Respectfully submitted,

Nicholas A. Penkovsky

cc:   Blanche J. Greenfield, Esq.
      Attorney for City Defendants
      Antoinette Blanchette, Esq.
      Attorney for State Defendants
      Joy Hochstadt, Esq.

Request GRANTED. The time for Attorney Nicholas Penkovsky to file objections to the Magistrate Judge's recommendation of Rule 11 sanctions is extended to 1-13-11.

SO ORDERED.

12-17-10
DATE             VICTOR MARRERO, U.S.D.J.