| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: _5/15/12_ |
| TWANA ADAMS, et al., : | |
| Plaintiffs, : | 08 Civ. 5996 (VM) (AJP) |
| -against- : | **ORDER TO SHOW CAUSE** |
| NEW YORK STATE EDUCATION :<br>DEPARTMENT, et al., | |
| : | |
| Defendants. | |
| : | |
| ------------------------------------- x | |

**ANDREW J. PECK, United States Magistrate Judge:**

    Judge Marrero's April 10, 2012 Decision and Order (Dkt. No. 304) required attorneys Penkovsky and Hochstadt to pay sanctions (of $5,000 and $10,000 respectively) within 30 days and file proof of payment with the Court.

    More than 30 days have elapsed and neither counsel has filed proof of payment with the Clerk of Court. If payment has been made, file an affidavit with proof of payment with the Clerk of Court (with copies to my and Judge Marrero's chambers), by May 18, 2012.

    If payment has not been made, Hochstadt and Penkovsky are to show cause in writing by <u>May 18, 2012</u> why further sanctions, including referral to the Court's Disciplinary Committee, should not be imposed.

    SO ORDERED.

Dated:    New York, New York
             May 15, 2012

                                                                                                 **Andrew J. Peck**
                                                                             United States Magistrate Judge

Copies **by ECF** to:    All Counsel
                              Joy Hochstadt, Esq. (Fax & ECF)
                              Nicholas A. Penkovsky, Esq. (Fax & ECF)
                              Judge Victor Marrero