# Joy Hochstadt, P.C.
## Attorney at Law
### 300 Central Park West
### Suite 2E
### New York, NY 10024

May 22, 2012

**By Fax: 212-805-7933**
The Honorable Andrew J. Peck, USMJ
United States District Court
Daniel Patrick Moynihan Federal Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/12

Re: Adams et al v. NY State et al 08-CV-5996 (VM) (AJP)
Courtesy copy of papers submitted re letter motion to reconsider sanctions and in response to Your Honor's Order to Show Cause.

Dear Judge Peck:

I am the party of interest in the instant motions before the Court.

Attached, are paper copies of all the papers submitted by fax and by ECF by me with regard to the above motions:

Respectfully submitted,

Joy Hochstadt

cc: The Honorable Victor Marrero, USDJ
Nicholas Penkovsky, Esq.
Blanche Greenfield, Esq.
Antoinette Blanchette, Esq.

> On two occasions (see Docket Nos. 305 and 307) the Court informed counsel that any further argument or motion practice regarding the Court's sanctions Order dated 4-10-12 is unwarranted. Insofar as counsel nonetheless still regards her motion for reconsideration as filed and pending,
> **SO ORDERED:** Such motion is DENIED.
> 5-22-12
> DATE    VICTOR MARRERO, U.S.D.J.

Principal: Joy Hochstadt, PhD., JD, Dipl. Amer. Bd. Clin. Chem.,   Telephone 212 580 9930   Facsimile: 212 580 9322
Admitted: Federal & State Bars of NJ & NY, 2nd Circuit & U.S. Supreme Court   e-mail joy.hochstadt.pc@gmail.com